In the matter of the application of SILAS PANMORE (PARA-
MORE) and SERAI PANMORE, for writ of *habeas corpus,*
discharging them frcm custody.

[Decided May 19th, 1924.]

On appeal from an order of the court of chancery advised
by Vice-Chancellor Backes, whose opinion is reported in *95
N. J. Eq.* 386.

*Mr. Klemmer Kalteissen,* for the appellant.

*Mr. Joseph E. Stricker,* for the respondent.

PER CURIAM.

The order appealed from will be affirmed, for the reasons
stated in the opinion filed in the court below by Vice-Chan-
cellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PAR-
KER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL,
LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, McGLEN-
NON, KAYS—15.

*For reversal*—None.